

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00577-CV

David **LEE**, Tina Gould, and Steve Jordan,
Appellants

v.

**CITY OF LIVE OAK** and City of Live Oak Board of Adjustment,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-17650
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: October 16, 2024

DISMISSED

Before the clerk's or reporter's records were filed, Appellants filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion was served on Appellees.

Appellants' motion is granted; this appeal is dismissed. *See id.*

PER CURIAM